**Order entered February 12, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00975-CV

### TRAVIS LEWIS, Appellant

### V.

### ERIN DUNN AND JEFF IRBY, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07728**

## ORDER

The reporter's record in this case has not been filed. By order dated January 22, 2020, we denied appellee's motion to dismiss for want of prosecution, but informed appellant the reporter's record had not yet been filed. We ordered appellant to file written verification that he had (1) requested the record; and (2) paid for or made arrangements to pay for the reporter's record. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of the reporter's record. Accordingly, we **ORDER** this appeal submitted without a reporter's record.

Appellant's brief is due **THIRTY DAYS** from the date of this order.



/s/  ERIN A. NOWELL
    JUSTICE